UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ROBERT DWAYNE HOLLIS,** | Case No. CV 09-8068-AHM(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| **JOHN MARSHALL, Warden,** | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: March 3, 2011

_____
A. Howard Matz
United States District Judge

**JS-6**